PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Mohammed Kayed                         Cr.: 20CR00176-001
                                                        PACTS #: 3653603

**Name of Sentencing Judicial Officer:**   THE HONORABLE RONNIE L. WHITE
                                          UNITED STATES DISTRICT JUDGE (ED/MO)

**Name of Assigned Judicial Officer:**     THE HONORABLE ESTHER SALAS
                                          UNITED STATES DISTRICT JUDGE

**Name of Presiding Judicial Officer:**    THE HONORABLE BRIAN R. MARTINOTTI
                                          UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/05/2018

Original Offense:    Count 1: Conspiracy to Defraud the United States, 18 U.S.C. § 371, Class D felony

Original Sentence: 30 months' imprisonment, 36 months' supervised release

Special Conditions: Restitution $81,000, Special Assessment, Educational Services, Financial Disclosure, No New Debt/Credit, Search/Seizure, Drug Treatment, Substance Abuse Testing, Other Financial Obligation

Type of Supervision: Supervised Release                   Date Supervision Commenced: 01/03/2020

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states **'You must not commit another federal, state, or local crime.'** |
| | On October 29, 2020, Mohammed Kayed was arrested at his residence by the Clifton Police Department in New Jersey following an allegation of simple assault. It was reported by a female, who stated she was an on-and-off again girlfriend of Kayed's, that they were in a taxi from Newark arguing and when she tried to leave the taxi, he grabbed her in an attempt to prevent her from leaving the vehicle. During this incident she sustained a minor cut on her leg. |
| | These charges are pending in Clifton Municipal Court at this time. A hearing is scheduled for November 25, 2020. |

Prob 12A – page 2
Mohammed Kayed

U.S. Probation Officer Action:

The undersigned reviewed the arrest report, attempted to contact the arresting officer several times, and discussed this incident with Kayed and his mother.  He was strongly counselled to avoid all people and places which he knows may be a negative influence on him, even when individuals are not felons.  As it appears the allegations against Kayed will likely not be substantiated, and Kayed is pending sentencing for a violation of supervised release before Your Honor, we recommend that no further action be taken at this time.

Respectfully submitted,

By:  Rebekah Dawson
U.S. Probation Officer
Date:  11/09/2020

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

X   No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐   Submit a Request for Modifying the Conditions or Term of Supervision

☐   Submit a Request for Warrant or Summons

☐   Other

_____
Signature of Judicial Officer

November 9, 2020
Date