PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Offender: Mohammed Kayed                                              Cr.: 20-00176-001
                                                                              PACTS #: 3653603

Name of Sentencing Judicial Officer:   THE HONORABLE RONNIE L. WHITE
                                       UNITED STATES DISTRICT JUDGE (ED/MO)

Name of Assigned Judicial Officer:     THE HONORABLE ESTHER SALAS
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/05/2018

Original Offense:   Count 1: Conspiracy to Defraud the United States, 18 U.S.C. § 371, Class D felony

Original Sentence: 30 months imprisonment, 36 months supervised release

Special Conditions: Restitution $81,000, Special Assessment, Educational Services, Financial Disclosure, No New Debt/Credit, Search/Seizure, Drug Treatment, Substance Abuse Testing, Other Financial Obligation

Type of Supervision: Supervised Release                    Date Supervision Commenced: 01/03/2020

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the mandatory supervision condition which states **'You must refrain from any unlawful use of a controlled substance.'** |
| | The individual under supervision reported to Kintock halfway house on September 24, 2021. Upon arrival, a urine sample was taken which tested positive for marijuana. Another sample was taken on October 2, 2021, which again tested positive for marijuana. |

U.S. Probation Officer Action:

Kayed last tested positive for marijuana on July 21, 2021. He insists his positive test is residual levels from prior use and he has not used marijuana since July 2021. Kayed is currently being housed at a residential reentry center (RRC) for the next four months but leaves daily for employment. In discussions with the RRC staff, Kayed will be frequently tested for the use of illicit substances. Until such time that he begins testing negative for marijuana, Kayed's weekend privileges have been suspended. Should Kayed demonstrate an inability to cease the use of marijuana, he will be referred to a substance abuse treatment program.

Prob 12A – page 2
Mohammed Kayed

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Michael L. Liebes*

By:   MICHAEL L. LIEBES
U.S. Probation Officer

/ mll

APPROVED:

*Elisa Martinez*          10/19/2021

ELISA MARTINEZ          Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

[X]  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

Hon. Esther Salas
United State District Judge

10/28/2021
Date