PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Mohammed Kayed                     Cr.: 20-00176-001
                                                                          PACTS #: 3653603

Name of Sentencing Judicial Officer:     THE HONORABLE RONNIE L. WHITE
                                         UNITED STATES DISTRICT JUDGE (ED/MO)

Name of Assigned Judicial Officer:       THE HONORABLE ESTHER SALAS
                                         UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/05/2018

Original Offense:    Count 1: Conspiracy to Defraud the United States, 18 U.S.C. § 371, a Class D felony

Original Sentence: 30 months imprisonment, 36 months supervised release

Special Conditions: Restitution $81,000, Special Assessment, Educational Services, Financial Disclosure, No New Debt/Credit, Search/Seizure, Drug Treatment, Substance Abuse Testing, Other Financial Obligation

Type of Supervision: Supervised Release                    Date Supervision Commenced: 01/03/2020

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The individual under supervision has violated the mandatory supervision condition which states **'You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664.'** |
| | Mohammed Kayed has failed to pay his restitution in full. He currently has a restitution balance of $63,444.02 |

U.S. Probation Officer Action:

Kayed's term of supervision is currently scheduled to expire on January 2, 2023. In January 2021, violations proceedings commenced as Kayed failed to pay restitution as instructed. At that time, the individual under supervision's restitution was reduced to $25 per month. Since that time, Kayed has paid his restitution amount as ordered. We are respectfully requesting that Kayed's term of supervision term be allowed to terminate as scheduled as the Financial Litigation Unit of the U.S. Attorney's Office will pursue collection of the remaining restitution balance.

Prob 12A – page 2
Mohammed Kayed

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Michael L. Liebes*

By:   MICHAEL L. LIEBES
U.S. Probation Officer

/ mll

APPROVED:

_____   12/19/2022
CARRIE H. BORONA                                  Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

[x] Allow Supervision to Expire as Scheduled on January 2, 2023 (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer
Hon. Esther Salas, U.S.D.J.

12/20/2022
Date